RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 4-3-07
BY Dm

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

| | |
|---|---|
| CHARLES M. SMITH, ET AL. | CIVIL ACTION NO. 05-1416 |
| versus | JUDGE TOM STAGG |
| RIVERWALK ENTERTAINMENT L.L.C., ET AL. | MAGISTRATE JUDGE HAYES |

## O R D E R

Before the court is a "Motion To Dismiss Appeal Of Discovery Order" filed by defendant Riverwalk Entertainment L.L.C. ("Riverwalk"). See Record Document 92. Having considered the motion and the request contained therein;

**IT IS ORDERED** that Riverwalk's motion to dismiss the appeal (Record Document 92) be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Riverwalk's appeal of Magistrate Judge Hayes's ruling (Record Document 65) be and is hereby **DISMISSED AS MOOT**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana this the 3rd day of April, 2007.

JUDGE TOM STAGG