# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

| | | |
|---|---|---|
| CHARLES M. SMITH AND | : | CASE NO.: CV05-1416S |
| BOSSIER RIVERSIDE, L.L.C. | : | |
| | : | |
| VERSUS | : | JUDGE STAGG |
| | : | |
| RIVERWALK ENTERTAINMENT, | : | |
| L.L.C., LOUISIANA RIVERWALK, | : | |
| L.L.C. AND THE CITY OF BOSSIER | : | |
| CITY, LOUISIANA | : | MAGISTRATE JUDGE HAYES |

## STIPULATION OF DISMISSAL PURSUANT
## TO FED. R. CIV. P. 41(a)(1)(ii)

NOW COME plaintiffs, CHARLES M. SMITH and BOSSIER RIVERSIDE, L.L.C. (collectively, "plaintiffs"), and defendants, RIVERWALK ENTERTAINMENT, L.L.C., LOUISIANA RIVERWALK, LLC, CITY OF BOSSIER CITY, LOUISIANA, JOHN GOOD, RIVERWALK MANAGER, L.L.C., BW LAND HOLDINGS, LLC, O & S HOLDINGS, LLC,  PAVAN HOSPITALITY L.L.C. and LASALLE BANK, N.A., AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS, INC. COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-CKI 1 (collectively, "defendants"), who, through counsel, stipulate that plaintiffs' suit against all defendants, and the CITY OF BOSSIER CITY, LOUISIANA's Counterclaim against plaintiffs, be and are each **HEREBY DISMISSED**, with prejudice, with each party to bear its own court costs, this 18th day of December, 2008.

MCMICHAEL, MEDLIN, D'ANNA &
WEDGEWORTH, L.L.C.


By: _____/s/ James C. McMichael, Jr._____
       James C. McMichael, Jr., LSBA #10443
       W. Deryl Medlin, LSBA #09405

504 Texas Street, Suite 400
Shreveport, Louisiana 71101
Telephone:   (318) 221-1004
Telecopier:   (318) 221-0008
E-mail:        jmcmichael@mmw-law.com
             dmedlin@mmw-law.com

AND

Randall S. Davidson, LSBA #4715
Julia E. Blewer, LSBA #20110
DAVIDSON, JONES & SUMMERS, APLC
509 Market Street, Suite 800
Shreveport, Louisiana 71101
Telephone:   (318) 424-4342
Telecopier:   (318) 226-0168
E-mail:        jblewer@djslawfirm.com
E-mail:        rsdav@djslawfirm.com

ATTORNEYS FOR PLAINTIFFS,
CHARLES M. SMITH AND BOSSIER
RIVERSIDE, L.L.C.

PETTIETTE, ARMAND, DUNKELMAN,
  WOODLEY, BYRD & CROMWELL, L.L.P.

By: _____/s/ Edwin H. Byrd, III_____
     Edwin H. Byrd, III, LSBA #19509

P.O. Box 1786
Shreveport, LA 71166-1786
Telephone:   (318) 221-1800
Telecopier:   (318) 226-0390
E-mail:       ebyrd@padwbc.com

AND

Aaron B. Booth
Law Offices of Aaron B. Booth
445 S. Figueroa St., Suite 3200
Los Angeles, CA 90071
Telephone:   (213) 228-0330
Telecopier:   (213) 489-2204
E-mail:       boothlaw@msn.com

ATTORNEYS FOR DEFENDANTS,
RIVERWALK ENTERTAINMENT L.L.C.,
LOUISIANA RIVERWALK LLC,
RIVERWALK MANAGER, L.L.C. AND
BW LAND HOLDINGS, LLC

LEMLE & KELLEHER

By: _____/s/ Dale Cox_____
     Dale Cox, LSBA #4518

401 Edwards St., Suite 1000
Shreveport, LA 71101
Telephone:   (318) 227-1131
Telecopier:   (318) 227-1141
E-mail:       dcox@lemle.com

ATTORNEYS FOR DEFENDANT,
CITY OF BOSSIER CITY

3

_____/s/ R. Lane Pittard_____
R. Lane Pittard, LSBA #22135

P.O. Box 338
Benton, LA 71006
Telephone:    (318) 741-8108
Telecopier:    (318) 965-2317
E-mail:        lanepittard@bellsouth.net

ATTORNEYS FOR DEFENDANT,
JOHN GOOD, JR.

BLANCHARD, WALKER, O'QUIN & ROBERTS
    (A Professional Law Corporation)

By: _____/s/ W. Michael Adams_____
W. Michael Adams, LSBA #2338
Stacey D. Williams, LSBA #22689
Susannah W. Poljak, LSBA #29048
B. Slattery Johnson, Jr., LSBA #31486

400 Texas Street, Suite 1400
Post Office Drawer 1126
Shreveport, Louisiana 71163-1126
Telephone:    (318) 221-6858
Telecopier:    (318) 227-2967
E-mail:        madams@bwor.com
               swilliams@bwor.com
               spoljak@bwor.com
               sjohnson@bwor.com

AND

Aaron B. Booth
Law Offices of Aaron B. Booth
445 S. Figueroa St., Suite 3200
Los Angeles, CA 90071
Telephone:    (213) 228-0330
Telecopier:   (213) 489-2204
E-mail:        boothlaw@msn.com

ATTORNEYS FOR DEFENDANT,
O & S HOLDINGS, LLC

THE STEEG LAW FIRM, L.L.C.


By:  _____/s/ Charles L. Stern, Jr._____
        Charles L. Stern, Jr., LSBA #12451
        Jaclyn C. Hill, LSBA #30555
        Danielle C. Babashoff, LSBA #31026

201 St. Charles Avenue, Suite 3201
New Orleans, LA 70170
Telephone:    (504) 582-1199
Telecopier:   (504) 582-1240
E-mail:        cstern@steeglaw.com
                jhill@steeglaw.com
                dbabashoff@steeglaw.com

ATTORNEYS FOR DEFENDANT, LASALLE
BANK, N.A., AS TRUSTEE FOR MERRILL
LYNCH MORTGAGE INVESTORS, INC.
COMMERCIAL MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2005-CKI 1

WEEMS, SCHIMPF, GILSOUL, HAINES,
LANDRY & CARMOUCHE, (APLC)


By:   /s/ Robert H. "Lad" Shemwell, Jr.
        Robert H. "Lad" Shemwell, Jr., LSBA #22616

912 Kings Highway
Shreveport, Louisiana 71104
Telephone:   (318) 222-2100
Telecopier:   (318) 226-5100
E-mail:        shemwell@weems-law.com

ATTORNEYS FOR DEFENDANT,
PAVAN HOSPITALITY L.L.C.